| | |
|---|---|
| 1 | Charles F. Magill #144187 |
| | Magill Guzman Magill |
| 2 | 1060 Fulton Mall, Suite 806 |
| | (559) 255-3425 |
| 3 | |
| | Attorney for: Ronald George |
| 4 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00030-LJO-SKO |
| Plaintiff, | STIPULATION & ~~PROPOSED~~ ORDER |
| v. | |
| RONALD GEORGE, | |
| Defendant. | |

     Defendant, RONALD GEORGE, by and through his counsel, CHARLES MAGILL, hereby requests this court order a temporary change to his current pretrial release order to allow him to attend his girlfriend's son's wedding which will be held at his residence on Saturday, April 22, 2017. The request is so that RONALD GEORGE can be out of range of the physical structure of the home in order to attend and participate in wedding activities from 7am to 7pm on April 22,2017. The surrounding home grounds are currently outside the bounds of the home detention monitor. The request is being made to allow him to assist in setting up and the taking down the wedding chairs and other work related to preparing and taking down the wedding as well as attending the wedding held at his residential property.

     RONALD GEORGE is on pretrial release and will observe all other requirements of pretrial relief in force and effect on that day.

1

The Government, through their counsel, Assistant United States Attorney DAVID GAPPA has stipulated to this request. RONALD GEORGE's Pretrial Services Officer, RYAN BECKWITH has been contacted and he does not object to this temporary change in defendant's current pretrial release order.

Dated: April 18, 2017                               Respectfully submitted,

/s/ Charles F. Magill
Magill Guzman Magil
Attorney for RONALD GEORGE

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated: __**April 19, 2017**__                    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE