McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
KIRK E. SHERRIFF
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00030-LJO-SKO |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RANDAL S. GEORGE, | |
| Defendant. | |

Based upon the guilty plea entered into by defendant Randal S. George and his agreement to the forfeiture allegation in the Indictment, it is hereby ORDERED, ADJUDGED AND DECREED:

1. Under 18 U.S.C. § 2253, defendant Randal S. George's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Any and all property, real or personal, used or intended to be used in any manner or part to commit or to promote the commission of the violation, and any property traceable to such property, in which defendant may have an interest.

2. The above-listed asset(s) constitutes property which was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(2), or any

PRELIMINARY ORDER OF FORFEITURE     1

property traceable to such property.

3. Pursuant to Rule 32.2(b)(2)(C), this preliminary order of forfeiture shall be entered as all specific property subject to forfeiture has not been identified. The United States shall amend this preliminary order of forfeiture pursuant to Rule 32.2(e)(1) should it identify specific property subject to forfeiture.

4. Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

5. a. Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

6. In accordance with Rule 32.2(b)(3), the United States, in its discretion, shall be allowed to conduct discovery, including but not limited to serving Interrogatories, Requests for Admissions, Requests for Production of Documents, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property in which defendant may hold an interest.

7. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture under 18 U.S.C. § 2253, in which all interests

will be addressed.

IT IS SO ORDERED.

Dated: __**June 4, 2018**__         __/s/ Lawrence J. O'Neill__
                                   UNITED STATES CHIEF DISTRICT JUDGE