IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RANDAL STEVEN GEORGE,<br><br>　　　　　　　　Defendant. | CASE NO.  1:17-CR-00030-JLT-SKO<br><br>ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)<br><br>(Doc. 61) |

**ORDER**

Based upon the stipulation and representations of the parties (Doc. 61), the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)　　The government's response to the defendant's motion, ECF 56, is due on or before August 25, 2022;

b)　　The defendant's reply to the government's response, if any, is due on September 8, 2022.

IT IS SO ORDERED.

　　Dated: __**August 8, 2022**__　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1