HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
RANDAL S. GEORGE

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>RANDAL S. GEORGE,<br><br>        Defendant. | Case No.  1:17-cr-00030-JLT-SKO<br><br>ORDER TO FILE UNDER SEAL DEFENDANT'S EXHIBITS TO MOTION TO VACATE OR REDUCE SENTENCE PURSUANT TO 18:3582(c)(1)(A) |

**IS HEREBY ORDERED** that the Request to Seal exhibits B, D, and F to Randal S. George's Motion to Reduce or Vacate Sentence is GRANTED, so that the private information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:   **November 15, 2022**

UNITED STATES DISTRICT JUDGE